

## United States District Court
Eastern District of Kentucky

Chambers of
Honorable Danny C. Reeves
United States District Judge

May 2, 2006

United States Courthouse, Room 434
310 South Main Street
London, KY 40741
Telephone (606) 877-7960

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, DC 20544

RECEIVED 2006 MAY -8 P 1:04 FINANCIAL DISCLOSURE OFFICE

    Re:   Amended Financial Disclosure
           Report - 2004 and 2003 Calendar Years

Dear Sir or Madam:

    While preparing my Financial Disclosure Report for calendar year 2005, I discovered two errors on my 2004 Report. First, that report inadvertently omits from Part VII (Investments) a rollover IRA held by ███████ The asset should be listed as Principal Financial Group - LGCAP VALUE. In Section B, the Amount Code should be "A", the type of income is "Dividend" and the value at the end of the reporting period was Value Code "J". This same information was inadvertently omitted from my Financial Disclosure Report for Calendar Year 2003. This asset is listed in Part VII (Investments) of my 2005 Report at Entry No. 37.

    Second, my 2004 Report inadvertently omits a certificate of deposit held by ███████t Bank of the Bluegrass. This asset is listed in Part VII (Investments) of my 2005 Report at Entry No. 24. The Amount Code should have been listed as "A", the type of income was "Dividend" and the value at the end of that reporting period was Value Code "J".

    Please advise me if you need additional information about these items. I have also included this information as an explanation in Part VIII of my 2005 Report.

                             Sincerely,



                             Danny C. Reeves

DCR:rlc

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Reeves, Danny C | 2. Court or Organization<br><br>U.S. Dist. Ct., ED of KY | 3. Date of Report<br><br>05/02/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>Rm. 434, 310 S. Main Street<br>London, Kentucky 40741 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Eastern Kentucky University/Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Danny C | 05/02/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Danny C | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Treasury Bond (a) | A | Interest | | | sell | 12/30 | K | D | |
| 2. U.S. Treasury Bond (b) | A | Interest | | | sell | 12/30 | K | D | |
| 3. U.S. Treasury Bond (c) | A | Interest | | | sell | 12/30 | K | D | |
| 4. Fed. Home Loan Mtg. Corp.; Series 2891 | B | Interest | K | T | | | | | |
| 5. Applied Materials (common stock) | A | Dividend | | | sell | 12/30 | J | | |
| 6. Time Warner (common stock) | A | Dividend | J | T | | | | | |
| 7. Central Parking Corp. (common stock) | A | Dividend | | | sell | 07/21 | J | | |
| 8. CISCO Systems Inc. (common stock) | | None | J | T | | | | | |
| 9. Coca-Cola Co. (common stock) | A | Dividend | J | T | | | | | |
| 10. Home Depot Inc. (common stock) | A | Dividend | J | T | partial sale | 07/21 | J | D | |
| 11. Intel Corp. (common stock) | A | Dividend | J | T | | | | | |
| 12. Lucent Technologies (common stock) | | None | J | T | | | | | |
| 13. Morgan Keegan Cash Account (Gen. Money Mkt.) | B | Dividend | M | T | | | | | |
| 14. Microsoft Corp. (common stock) | A | Dividend | J | T | | | | | |
| 15. Oracle Systems Corp. (common stock) | | None | J | T | | | | | |
| 16. Republic Bank Corp., Class A (common stock) | A | Dividend | J | T | | | | | |
| 17. AT&T Inc. (formerly, SBC Communications) (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Danny C | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. United Parcel Service (common stock) | A | Dividend | J | T | | | | | |
| 19. Kentucky Teacher Retirement System | A | Interest | K | T | | | | | |
| 20. Kentucky Retirement System | A | Interest | J | T | | | | | |
| 21. RYDEX Series JUNO Fund | A | Dividend | L | T | | | | | |
| 22. Republic Bank (accounts) | B | Interest | L | T | | | | | |
| 23. NASDAQ 100 (QQQ) | A | Dividend | | | sell | 11/30 | K | C | |
| 24. Bank of the Bluegrass (CD) | A | Interest | J | T | | | | | |
| 25. IShares S&P 500/BARRA Growth Index Fund | A | Dividend | | | partial sale | 12/01 | K | B | |
| 26. | | | | | sell | 12/30 | K | B | |
| 27. IShares Tr. S&P 500/BARRA Value Index Fund | A | Dividend | K | T | sale | 12/30 | K | C | |
| 28. IShares S&P Midcap 400 Growth Fund | A | Dividend | | | sell | 12/30 | J | B | |
| 29. IShares S&P Midcap 400 Value Fund | A | Dividend | | | sell | 12/30 | J | C | |
| 30. IShares MSCI | | None | K | T | buy | 04/15 | J | | |
| 31. | | | | | buy | 05/06 | K | | |
| 32. | | | | | buy | 06/27 | J | | |
| 33. | | | | | partial sale | 12/13 | J | B | |
| 34. | | | | | sell | 12/30 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Danny C | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IShares S&P Small Cap 600 Value BARRA Index Fund | A | Dividend | | | sell | 12/01 | J | C | |
| 36. IShares S&P Small Cap 600 Growth BARRA Index Fund | A | Dividend | | | sell | 12/01 | K | C | |
| 37. Principal Financial Group - LGCAP VALUE | A | Dividend | J | | | | | | |
| 38. National City Bank (account) (X) | A | Interest | J | | | | | | |
| 39. Fed. Home Loan Bank | B | Interest | K | T | Buy | 02/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Reeves, Danny C | 05/02/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Re: Entry No. 12 of Part VII (investments): value of Lucent Technologies (common stock) has declined below reportable value.

2. Re: Entry Nos. 1, 2, 3, 5, 26, 27, 28, 29 and 34 of Part VII (investments): Due to end-of-year transactions, sales were not completed before end of calendar year.

3. Re: Entry No. 24 of Part VII (investments): Bank of Bluegrass (CD) — This asset was inadvertently omitted on 2004 report. An amended report will be submitted.

4. Re: Entry No. 27 of Part VII (investments): IShares Tr. S&P 50; 0/BARRA Value Index Fund — This asset was listed on 2004 report (Part VII, entry no. 38) as "sale"; the description on that report should have indicated "partial sale."

5. Re: Entry No. 37 of Part VII (investments): Principal Financial Group - LGCAP VALUE — This entry reflects spouse's IRA rollover and was inadvertently omitted on the 2004 and 2003 reports. Amendments to those reports will be submitted.

6. Re: Entry No. 38 of Part VII (investments): National City Bank (account) — This asset did not meet the reporting requirment for 2004 (opened that calendar year).

## IX. CERTIFICATION.

l certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

l further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date _May 2, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544